UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x Civil Action No.: CV-04-5000 (DLI)(VVP)
UNITED STATES OF AMERICA, §
§
              Plaintiff, §
  - against- §
§
JANET FALCON, §
§
              Defendant. §
------------------------------------------------------------x

## DEFAULT JUDGMENT

Because Janet Falcon failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Janet Falcon:

**Claim No. C99-12118W**

| | |
|---|---|
| Principal Balance: | $2,825.72 |
| Total Interest Accrued at 8.000%: | $3,814.35 |
| Filing and Service of Process: | $180.00 |
| Subtotal: | $6,820.07 |
| Attorney's Fees: | $1575.00 |
| Total Owed: | $8395.07 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
September 21, 2005

/s/
Dora L. Irizarry
United States District Judge